UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

      **v.**                                    **21 CR 629**

**JASON COMEAU**

### NOTICE OF ATTORNEY APPEARANCE

H. Heather Shaner, appointed by the Court, now formally enters her appearance as attorney of record for defendant.

                                      Respectfully submitted,

                                      /s/
                                      _____
                                      H. Heather Shaner #273 276
                                      1702 S Street N.W.
                                      Washington, D.C. 20009
                                      Tel. 202 265 8210
                                      hhsesq@aol.com