UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 21-CR-629-EGS |
| | : | |
| JASON MICHAEL COMEAU, | : | |
| | : | |
| Defendant. | : | |

**UNITED STATES' UNOPPOSED MOTION TO
CONTINUE MAY 3, 2022 SENTEINCING**

The above-captioned matter is currently set for sentencing on May 3, 2022 at 1:00 p.m. Government counsel has an in-person motion hearing in *United States v. Fischer,* 21-cr-234, set for 1:30 p.m. that day. The government has conferred with the defense and the U.S. Probation Officer assigned to this case, and all parties are available May 4. The government understands that the Court is also available that day.

With the defendant's consent, the government therefore respectfully requests that the Court continue the sentencing one day, to May 4, 2022. A proposed order is included with this filing.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:     /s/ *Alexis J. Loeb*
Alexis J. Loeb
California Bar No. 269895
Assistant United States Attorney
Detailee
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
Tel. (415) 436-7168
alexis.loeb@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CASE NO. 21-CR-629-EGS** |
| : | |
| **JASON MICHAEL COMEAU,** : | |
| : | |
| **Defendant.** : | |

**ORDER**

Based upon the representations in the United States' Unopposed Motion to Continue May 3, 2022 Sentencing ("the motion"), it is hereby

**ORDERED** that the motion is GRANTED, and the sentencing hearing in this matter is continued to May 4, 2022, at _____.

_____
THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE