To whom it may concern,

I'm the oldest sister of my brother Jason! I have known him his whole life...He was the sweetest little boy you could even imagine...We grew up in the city of Brockton MA where it was such a diverse community, He had friends from every walk of life and culture! He started working around 14yrs old and hasn't stopped..He has a heart of Gold and will do anything for anybody..I'm asking the Courts to take into account that on this day, he came to what he thought was just a rally..As stupid as this sounds He did not knowingly know he was committing a crime..He was even being waved in by police officers..Now with that said, did he get wrapped up in the moment, yes he did..He did not vandalize anything or hurt anyone..Once he was in there he said he thought better of it and left on his own...When he realized he was in the wrong He took accountability for his actions and immediately spoke out
 to what he did to my other brother who is in the FBI, knowing that he would have to turn him in...I'm asking you to take his Character and the

fact that he took responsibility for his actions into your decision! Thank you so much for your time!

                Sincerely,
                    Jodi Blanchard