## About my son Jason Comeau

I have known him for 41 years. That's right his whole life. He was a blessing from God. He gave me my son. He was perfect in my eyes. He has always had this special heart. Always caring about others. But mostly would do anything for his family. He wasn't always a perfect kid. He got himself in trouble but tell me what child didn't. We lived in a very hard city of Brockton MA. Lots of drugs and killings. I basically raised my 6 kids 3 of my own and 3 adopted in that city. It wasn't a easy path to keep them on the right path but I feel because I did foster care for 25 years they saw what these kids had to go through with there parents on drugs or abusive. My kids has a heart for these kids and showed them what a real family is. We went to church every Sunday and we ate supper all together to show what a family is. Jason does these things in his life. He is raising 2 girls that are his step daughters but loves them like his own. I am not saying he is perfect and I know how bad he feels for going

into the capital that day but again he got caught up the the moment and what he thought was excitement. He and my husband went there to support Trump not to riot on start trouble, that is not what either of them are about. Since he has became a father and husband he has been doing good for his family. Please Don't let this one big mistake ruin his life and the way he feels about family, friends, and the peoples. He just got caught up in a moment. He told his brother about it right after knowing he was wrong and knowing his brother being a FBI agent would report it. It was the right thing to do.

     Thanks for listening
     His Mom

Vicki Comeau