My brother Jason comeau is a good good man. He works 5-6 days a week out in the hot sun. He is a son, a husband, and step father. He is a provider and try's his best to do what's right. He cares for his family and for those around him and He loves God. My brother is human. And like any other human, we make mistakes. This mistake he made was probably the top of the top and I know he truly regrets it. His intentions are pure. He never purposely does things to cause havoc in his life and those around him. I know he has learned his lesson and will accept the consequences he gets. I'm asking graciously to allow a hardworking citizen the opportunity to rid of this mistake. As it would never happen again.  Consequences are good and I'm hoping the courts and judges will be understanding enough to give him his punishment but to also remember there's still plenty of his life to live. After all...his crime he commited isn't near as bad as some other crimes people have committed. Thank you for taking the time to read this letter.

Sincerely

Courtney comeau.