To whom it may concern,

My name is Sherri Kemp. I am Jason Comeau's adopted sister. I was placed into Jason's life when I was ten years old. He was first a friend who became a protector and a type of security in my life. At the age of 14 Jason became my brother legally through the State of Massachusetts when myself, my brother Jason Blanchard, and Courtney Comeau were adopted. Jason was a good kid for the most part, minus some random acts of foolishness. He was raised to be a kind person, and caring. He was active in baseball and football as a kid. Jason served in the United States Army as airborne and received general discharge. Our family went to church every Sunday, and he continues to go to church now with his wife Jackie Comeau and their two daughters. Jason became a stepdad when he married Jackie. My brother and I have a great relationship as adults. He is one of my husbands' close friends. He is an awesome uncle to our children. My brother is the kind of guy that drops everything in his hectic life to help others. Like myself he recently took the time to help me with a brake job on my vehicle even though he was completely overbooked with work. He's a kind person and he has a good heart. If I had to sum him up, I can only say he's truly a good person. Thank you for taking the time to read this letter.

Sincerely,

Sherri Kemp