To the Honorable Judge Emmett Sullivan,

As we approach my Sentence in May it is important that you know a little about who I am and what motivated me to enter the Capitol on January 6, 2021. My name is Jason Comeau. I grew up as a child in Brockton Mass. It was a rough city, but I was brought up going to church and was raised with Christian morals. I have 4 sisters and one brother. My family adopted my brother and two of my sisters.

I was an excitable and hyper child. I was taught work ethics at a young age. I had a paper route until I was old enough to get a legal job. I graduated from Brockton High School in the year 2000. I immediately talked with a recruiter and joined the Army. I wanted to jump out of planes. After jump school I was sent to Fort Bragg. From there I was deployed to Kosovo.

When I came back from deployment, I started hanging with different people. I started drinking and smoking marijuana and was given a general discharge. Looking back I may have suffered PTSD based on the horrors I worked around in Kosovo. I continued to drink and make bad decisions throughout my 20's. I subsequently wound up getting a DUI. During that time, I met my future wife and found the strength to quit drinking for a few years.

She has completely changed my life. We were married on November 3, 2018. I do drink a beer or have a glass of wine on occasion when socializing with friends or family, but not like I used to. I'm an honest man and I always try to better myself. Occasionally I buy food for the homeless. I enjoy helping my elderly customers by performing extra work around their houses for free.

I am a conservative politically and was a supporter of the former president. During the month long election of 2020, I watched the news intensely. I felt a lot of crooked things happened. I had never been to a Trump rally, so in January when my father asked me if I wanted to go, I said sure.

I didn't know what to expect, but I was excited to go. My brother, who lives in Virginia, was on vacation in Florida so he allowed my father and I to stay at his home. We got there a day early and explored D.C..

The night of January 5th at one of the rally sites a Christian band was playing music and folks were singing along.   We watched that and got some food from a vendor. We then headed back to my brother's. The next morning we got up very early and headed to D.C. to attend the rally. We watched the entire rally and heard all the speakers. Then we joined as the crowd walked down the avenue to the Capitol. On the way down, there were people in the crowd saying they opened the barriers. I still didn't know what to expect.  When the Capitol came into view what I saw was intense and unexpected. It seemed as if millions of people were on the steps of and many were even hanging off the scaffolding.  I told my father I had to see what was going on and told him to stay in one spot, so I could find him.

I'm a short wiry  guy, so I was able to weave my way through the crowd. Once I made it to the top of the stairs, I saw an opening where no one was standing. I went over to the wall and looked out over the crowd to find my father. When I turned around,  I saw two doors.  One door had 4 policemen on guard,  but the other door had a ramp going up to it a line of people on it.  The chanting, excited crowd marched forward and just walked right in.

2

At that moment I wasn't thinking or planning. I was caught up in the excitement of the crowd. I regretfully joined the line and entered. My first thought after I was inside a while—chanting along with the crowd and looking around --was how am I going to get out now. There were just too many people. I didn't know where I was located in the building. I never entered any offices. I only stayed in the hallways. I did chant in protest with the crowd, but wasn't being violent or destructive. In fact I was amazed with the architecture. I was amazed at the grandeur of the building. I had never been there before.

I wound up exiting on the other side of the building from the main entrance. I was in a crowded hallway when everyone began yelling "make a hole". The crowd split in two and police came through the hole and pushed the crowd out. I turned and walked with the crowd out the door.

I found my father and we were both in agreement this was bad. So we immediately left. When I got back to my brother's house, I called him and told him what happened. I knew as an FBI agent he would have to report me. But I also understood that getting caught up in the moment –being ruled by my adrenaline-- does not excuse my behavior.

A few weeks later the FBI came to my house to get my statement. I've been completely cooperative with the FBI. I gave them my phone. I regret going into the Capitol. I truly love this country and continue to pray for it. Once I was appointed counsel, I told her I wanted to accept responsibility and plead guilty, as soon as possible. Thank you.

Respectfully submitted,

Jason Comeau